UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

– v. –

JOHN PIERRE DUPONT,
   a/k/a "John Gary Rinaldo,"
   a/k/a "John Gary,"

                Defendant.

**Unsealing Order**

**19 Cr. 444**

---

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Geoffrey S. Berman, by Assistant United States Attorney Alex Rossmiller;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            November 6, 2019

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOHN PIERRE DUPONT,
a/k/a "John Gary Rinaldo,"
a/k/a "John Gary,"

Defendant.

ORDER

19 Cr. 444

(18 U.S.C. §§ 1343, 1028A, and 2.)

GEOFFREY S. BERMAN
United States Attorney.