

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2019

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

    Re:    *United States* v. *Dupont*, 19 Cr. 444 (RMB)

Dear Judge Berman:

    A status conference in the above-captioned case currently is scheduled for Tuesday, November 12, 2019, at 10:00 a.m.  Due to a scheduling conflict, the parties jointly respectfully request a short adjournment of that conference to Monday, November 18, 2019, at 9:15 a.m., which we understand may be available in the Court's schedule.

    Additionally, the Government respectfully requests the exclusion of speedy trial time until the next scheduled conference, to allow for time for the production and review of discovery, and for the purposes of discussing possible pre-trial disposition, and counsel for the defendant consents to this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    _____
    Alex Rossmiller
    Assistant United States Attorney
    Tel.: (212) 637-2415

Cc:  Zawadi Baharanyi, *counsel to defendant* (via ECF)