

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2019

**VIA ECF**

The Honorable Richard M. Berman  **MEMO ENDORSED**
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/19
```

Re:   *United States v. Dupont*, 19 Cr. 444 (RMB)

Dear Judge Berman:

A status conference in the above-captioned case currently is scheduled for Tuesday, November 12, 2019, at 10:00 a.m.  Due to a scheduling conflict, the parties jointly respectfully request a short adjournment of that conference to Monday, November 18, 2019, at 9:15 a.m., which we understand may be available in the Court's schedule.

Additionally, the Government respectfully requests the exclusion of speedy trial time until the next scheduled conference, to allow for time for the production and review of discovery, and for the purposes of discussing possible pre-trial disposition, and counsel for the defendant consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Alex Rossmiller
Assistant United States Attorney
Tel.: (212) 637-2415

cc: Zawadi Baharanyi, counsel to defendant (via ECF)

Application granted. Conference is rescheduled to 11/18/19 at 9:15am. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 11/12/19     *Richard M. Berman*
Richard M. Berman, U.S.D.J.