

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 18, 2019

**VIA ECF**

The Honorable Richard M. Berman    **MEMO ENDORSED**
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19
```

Re: *United States* v. *Dupont*, 19 Cr. 444 (RMB)

Dear Judge Berman:

A status conference in the above-captioned case previously was scheduled for Monday, November 18, 2019, at 9:15 a.m. Due to an apparent medical issue, the defendant was unable to be produced for court at that time. Accordingly, the parties jointly respectfully request a brief adjournment to Wednesday, November 20, 2019, at 10:30 a.m., which we understand may be available in the Court's schedule.

The Government separately notes that it currently is unaware of the precise nature of the defendant's medical issue, and accordingly respectfully advises the Court that application for a further adjournment may be necessary, subject to obtaining additional information from the Bureau of Prisons. Should the defendant require additional ongoing medical treatment, the Government will confer with defense counsel and with the Court regarding appropriate next steps.

Additionally, the Government respectfully requests the exclusion of speedy trial time until the next scheduled conference, to allow for time for the production and review of discovery, and for the purposes of discussing possible pre-trial disposition, and counsel for the defendant consents to this request.

*Adjournment granted. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Alex Rossmiller
Assistant United States Attorney
Tel.: (212) 637-2415

SO ORDERED:
Date: 11/18/19    Richard M. Berman
Richard M. Berman, U.S.D.J.

cc: Zawadi Baharanyi, *counsel to defendant* (via ECF)