U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 21, 2020

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2020

Re:    *United States* v. *Dupont*, 19 Cr. 444 (RMB)

Dear Judge Berman:

A status conference in the above-captioned case currently is scheduled for Monday, February 10, 2020. Due to a scheduling conflict, the parties jointly respectfully request that this conference be rescheduled for Monday, February 3, 2020, at 11:30 a.m., which we understand may be available in the Court's schedule. The Government has conferred with defense counsel, which consents to and joins in this request.

Additionally, the Government respectfully requests that the Court endorse a proposed protective order, which is enclosed. For the reasons set forth in the proposed order, and with the consent of defense counsel, the Government respectfully requests that the Court endorse the enclosed order.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Alex Rossmiller / Ryan Finkel
Assistant United States Attorneys
Tel.: (212) 637-2415 / 6612

*Conference is rescheduled to 2/3/2020 at 11:30am.*

~~Enclosure~~

Cc: Zawadi Baharanyi, *counsel to defendant* (via ECF)

SO ORDERED:
Date: 1/21/2020    *Richard M. Berman*
Richard M. Berman, U.S.D.J.