**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 30, 2020

By ECF

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. John Dupont**
            **19 CR. 444 (RMB)**

Dear Judge Berman:

    I write to request that Mr. Dupont's appearance be waived for the status conference on February 3, 2020. Mr. Dupont continues to receive treatment and undergo testing at Kingsbrook Jewish Medical Center. He has been hospitalized at Kingsbrook since November 21, 2019. As Mr. Dupont is frail and a fall risk, he is not currently in a position to safely leave the hospital and attend Court. I have consulted with the Government about this request. At this time, they do not take a position on this request.

    Respectfully submitted,

    ___/s/_____
    Zawadi Baharanyi
    Assistant Federal Defender
    212-417-8735

cc:    Alex Rossmiller
       Assistant United States Attorney
       (by ECF)