# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 30, 2020

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2020

By ECF

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. John Dupont**
      **19 CR. 444 (RMB)**

Dear Judge Berman:

I write to request that Mr. Dupont's appearance be waived for the status conference on February 3, 2020. Mr. Dupont continues to receive treatment and undergo testing at Kingsbrook Jewish Medical Center. He has been hospitalized at Kingsbrook since November 21, 2019. As Mr. Dupont is frail and a fall risk, he is not currently in a position to safely leave the hospital and attend Court. I have consulted with the Government about this request. At this time, they do not take a position on this request.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

Application granted.

SO ORDERED:
Date: 1/31/2020      Richard M. Berman
                     Richard M. Berman, U.S.D.J.

cc:   Alex Rossmiller
      Assistant United States Attorney
      (by ECF)