

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

April 2, 2020

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Dupont*, 19 Cr. 444 (RMB)

Dear Judge Berman:

    A status conference in the above-captioned case currently is scheduled for Tuesday, April 7, 2010, at 9:30 a.m. The Government has conferred with defense counsel, and due to the current public health crisis, as well as the absence of an immediate need to address any pending issues with the Court, the parties jointly respectfully request an adjournment of the conference for approximately 30 days, to a date in early May 2020 that is convenient for the Court. The parties also note that if the current crisis continues past an additional 30 days, the parties will follow up with the court for an additional adjournment if necessary.

    Additionally, the Government respectfully requests the exclusion of speedy trial time until the next scheduled conference, to allow for time for the continued review of discovery, and for the purposes of discussing possible pre-trial disposition, and counsel for the defendant consents to this request.

*[Handwritten: Application granted.*
*Conference adjourned to*
*May 6, 2020 at 11:00 a.m.]*

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Alex Rossmiller
Alex Rossmiller
Assistant United States Attorney
Tel.: (212) 637-2415

SO ORDERED:
Date: 4/2/2020    *[Signature]* Richard M. Berman
Richard M. Berman, U.S.D.J.

Cc: Zawadi Baharanyi, *counsel to defendant* (via ECF)