

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2020

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

> Application granted.
> Conference adjourned to Thursday, June 18, 2020 at 10:00 AM.
> Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.
>
> SO ORDERED:
> Date: 5/1/2020
> Richard M. Berman, U.S.D.J.

Re:     *United States* v. *Dupont*, 19 Cr. 444 (RMB)

Dear Judge Berman:

    A status conference in the above-captioned case currently is scheduled for Wednesday, May 6, 2020, at 11:00 a.m.  The Government has conferred with defense counsel, and due to the current public health crisis, as well as the absence of an immediate need to address any pending issues with the Court, the parties jointly respectfully request an adjournment of the conference for approximately 45 days, to a date during the week of June 22, 2020, or a date thereafter that is convenient for the Court.  The parties also note that if the current crisis continues past an additional 45 days, the parties will follow up with the court for an additional adjournment if necessary.

    Additionally, the Government respectfully requests the exclusion of speedy trial time until the next scheduled conference, to allow for time for the continued review of discovery, and for the purposes of discussing possible pre-trial disposition, and counsel for the defendant consents to this request.

                                                   Respectfully submitted,

                                                   GEOFFREY S. BERMAN
                                                   United States Attorney

By:  _____
                                                  Alex Rossmiller
                                                  Assistant United States Attorney
                                                  Tel.: (212) 637-2415

Cc:  Zawadi Baharanyi, *counsel to defendant* (via ECF)