**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    19 CR. 444 (RMB)

  -against-

                                                    **ORDER**

JOHN PIERRE DUPONT,
                Defendant.
------------------------------------------------------------X

      The telephone status conference previously scheduled for Thursday, July 30, 2020 at 10:00 AM is hereby rescheduled to Tuesday, August 4, 2020 at 9:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0444

Dated: July 22, 2020
       New York, NY

                                                */s/ Richard M. Berman*
                                                RICHARD M. BERMAN
                                                      U.S.D.J.