**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 25, 2020

By ECF

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. John Dupont**
      **19 CR. 444 (RMB)**

Dear Judge Berman:

    I write with the consent of the Government to request adjournment of Mr. Dupont's February trial to a date in the second quarter of 2021. At the last status conference the Court noted that the February 16 trial date would be tentative in light of COVID-19 and Mr. Dupont's health. Mr. Dupont is 82-years-old and remains under the care of Windsor Park Nursing Home, which restricts all visitors, including counsel, for the safety of their residents. Given the increase in COVID-19 cases nationwide, this restriction is unlikely to change in time to prepare for a February trial. Moreover, transportation of Mr. Dupont to and from the courthouse during a pandemic would pose a risk to his health. For these reasons, I respectfully request that the Court adjourn trial to a date convenient to the Court in the second quarter of 2021, or, in the alternative, schedule a status conference to address scheduling.

    Mr. Dupont would consent to the exclusion of time until the next trial date or conference set by the Court.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-873

Application granted. Trial is adjourned to June 28, 2021. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 11/30/2020
Richard M. Berman, U.S.D.J.