**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

                                                            19 CR. 444 (RMB)
        -against-

                                                            **ORDER**

JOHN PIERRE DUPONT,
                    Defendant.
------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the status conference scheduled for

Wednesday, May 5, 2021 at 12:30 PM is being held telephonically pursuant to the CARES Act

and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in

information:


    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0444


Dated: April 30, 2020
        New York, NY




                                            _____
                                                RICHARD M. BERMAN
                                                    U.S.D.J.