**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,
                    Government,

                                                                    19 CR. 444 (RMB)

    -against-

                                                                    **ORDER**

JOHN PIERRE DUPONT,
                              Defendant.
-------------------------------------------------------------X


        In light of the continuing COVID-19 pandemic, the status conference scheduled for

Wednesday, May 26, 2021 at 11:30 AM is being held telephonically pursuant to the CARES Act

and applicable implementing court procedures.

        Participants, members of the public and the press can use the following dial-in

information:


    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0444


Dated: May 20, 2020
      New York, NY


                       *Richard M. Berman*
                 _____
                    RICHARD M. BERMAN
                      U.S.D.J.