

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2021

**VIA ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Dupont*, 19 Cr. 444 (RMB)

Dear Judge Berman:

    A status conference is scheduled in the above-captioned case for Wednesday, June 23, 2021, at 12:00 p.m.  Earlier today, June 21, 2021, the parties jointly filed a letter in connection with the "Related Case Policy," set forth in Rule 50.3.2 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York (the "Joint Letter") (Dkt. 48).

    Because the Joint Letter is pending before this Court and before the court presiding over the defendant's other case in this District, 19 Cr. 791 (ER), the parties jointly and respectfully request that the status conference currently scheduled for June 23 be adjourned *sine die* until the Joint Letter is ruled upon.  As soon as the Joint Letter is adjudicated, the parties would expect to write to the Court to request a new date and time for an appearance.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Alex Rossmiller
Assistant United States Attorney
Tel.: (212) 637-2415

Conference is adjourned to 7/13/21 at 9:30 am.

SO ORDERED:
Date: 6/23/21

*Richard M. Berman*
Richard M. Berman, U.S.D.J.

nt (via ECF)