UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

               19 CR. 444 (RMB)

  -against-

**ORDER**

JOHN PIERRE DUPONT,
               Defendant.
------------------------------------------------------------X

      The Court will hold a status conference in this case on Thursday, October 7, 2021 at 10:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0444


Dated: September 30, 2021
       New York, NY

                                     _____
                                        RICHARD M. BERMAN
                                                U.S.D.J.