# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2021

By ECF

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **United States v. John Dupont**
            **19 CR 444 (RMB)**

Dear Judge Berman:

      I write in response to the Court's September 30 scheduling order. The parties were originally scheduled for a final pretrial conference in 19 CR 791 on October 7, 2021. If this conference is related to that final pretrial conference, I request that it be consolidated with Mr. Dupont's sentencing hearing. The Government consents to this request.

      If, however, the Court wishes to schedule a separate conference before Mr. Dupont's sentencing hearing, I would ask that the conference be scheduled for after October 11 (except October 14). I begin trial on Monday, October 4 and expect trial to last through the end of the week.

      Finally, with respect to the defense's unopposed letter motion filed on September 27, 2021, the parties are available on November 1 for a sentencing hearing and request the following submission deadlines:

      Defense submission: October 18, 2021
      Government submission: October 25, 2021

                                Respectfully submitted,

                                  /s/
                            Zawadi Baharanyi
                            Assistant Federal Defender

212-417-8735

cc: Alexander Rossmiller
Assistant United States Attorney
(by ECF)

> Conference adjourned to Wednesday, October 13, 2021 at 9:30 am. Prior to setting a date for an in-court sentencing of Mr. Dupont, who is 83 years old and appears to be living at a nursing home, we need an independent medical assessment as to the defendant's ability to safely travel to and from court and the plans for transporting him to and from the courthouse. We also need to review defense and government sentencing submissions before setting the sentencing date.
>
> SO ORDERED:
> Date: 10/5/21
> Richard M. Berman, U.S.D.J.