UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    19 CR. 444 (RMB)
  -against-

                                                    **ORDER**

JOHN PIERRE DUPONT,
                Defendant.
-----------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for Thursday, November 18, 2021 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0444

Dated: November 10, 2021
       New York, NY

                                                  */s/ Richard M. Berman*
                                              RICHARD M. BERMAN
                                                     U.S.D.J.