UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                        19 CR. 444 (RMB)

  -against-

                                                        **ORDER**

JOHN PIERRE DUPONT,
               Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the sentencing scheduled for Monday, December 20, 2021 at 9:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access to audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0444

Dated: December 16, 2021
       New York, NY

                                              _____
                                                  RICHARD M. BERMAN
                                                       U.S.D.J.