UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                                                19 CR. 444 (RMB)
    -against-

                                                                              **ORDER**

JOHN PIERRE DUPONT,
               Defendant.
------------------------------------------------------------X

      The sentencing proceeding previously scheduled for Monday, December 20, 2021 at 9:00 AM is hereby rescheduled to Monday, January 10, 2022 at 9:00 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0444

Dated: December 20, 2021
       New York, NY

                                                          _____
                                                              RICHARD M. BERMAN
                                                                    U.S.D.J.