UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

                                                                  19 CR. 444 (RMB)

   -against-

                                                                  **ORDER**

JOHN PIERRE DUPONT,
            Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, February 10, 2022 at 11:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0444

Dated: February 2, 2022
       New York, NY

                                                    _____
                                                     RICHARD M. BERMAN
                                                        U.S.D.J.