UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

          -against-

JOHN PIERRE DUPONT,
                Defendant.
------------------------------------------------------------X

19 CR. 444 (RMB)

**<u>ORDER</u>**

      The sentencing previously scheduled for Thursday, February 10, 2022 at 11:00 AM is hereby adjourned to Tuesday, March 8, 2022 at 11:30 AM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0444

Dated: March 2, 2022
       New York, NY

*Richard M. Berman*
_____
RICHARD M. BERMAN
U.S.D.J.