UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
          Government,

            19 CR. 444 (RMB)

  -against-

**<u>ORDER</u>**

JOHN PIERRE DUPONT,
          Defendant.
------------------------------------------------------------X

    In light of the continuing COVID-19 pandemic, the sentencing scheduled for Tuesday, March 22, 2022 at 10:00 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

    Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0444

Dated: March 16, 2022
       New York, NY

                              *Richard M. Berman*
                              RICHARD M. BERMAN
                                  U.S.D.J.