**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  19 CR. 444 (RMB)
    -against-

                                                   <u>**ORDER**</u>

JOHN PIERRE DUPONT,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the sentencing scheduled for Thursday, April 14, 2022 at 10:30 AM is being held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 0444

Dated: April 6, 2022
       New York, NY

                                                   _____
                                                      RICHARD M. BERMAN
                                                        U.S.D.J.