```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :     ORDER OF RESTITUTION
                                   :
         -v.-                      :     19 Cr. 444 (RMB)
                                   :
JOHN PIERRE DUPONT,                :
                                   :
              Defendant.           :
                                   :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Alex Rossmiller, Assistant United States Attorney, of counsel; the presentence report; the conviction of JOHN PIERRE DUPONT, the defendant, on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution.** JOHN PIERRE DUPORT, the defendant, shall pay restitution in the total amount of $245,000 to the victims of the offense charged in Count One of the Information. The defendant shall make the restitution payments to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, 10007, in order that the Clerk of Court may forward the payments to the victims, and in the amounts, set forth in the Schedule of Victims attached hereto. The defendant shall make the restitution payments in monthly installments of no less than 5% of gross monthly income, to

commence 30 days after the release of the defendant from custody. The names, addresses (when known), and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated:   New York, New York

~~December __, 2021~~
April 14, 2022

_Richard M. Berman_
HONORABLE RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE