Docket No.: 1:19CR00444-01 (RMB)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[✓] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/23
```

_____
Honorable Richard M. Berman
Senior U.S. District Judge
1/25/23
Date