# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 14, 2023

By ECF

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/23

Re:   **United States v. John Dupont**
      **19 CR 444 (RMB)**

Dear Judge Berman:

With the consent of the Government and Probation, I write to request that the Court adjourn the remote conference scheduled for June 29, 2023 to the following week. I will be out of the country June 18 through June 30 and unable to conduct the remote conference during this time. Both Probation and the Government consent to an adjournment to the following week on July 6 from 11:00 AM to 2:00 PM or July 7 from 11:30 AM to 4:00 PM.

*[Handwritten: Supervised release hearing is adjourned to 7/6/23 at 11:00 am.]*

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:   Alexander Rossmiller
      Assistant United States Attorney
      (by ECF)

SO ORDERED:

*[Signature: Richard M. Berman]*

**HONORABLE RICHARD M. BERMAN**
United States District Judge
6/20/23