UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                    Government,          :   19 CR. 444 (RMB)
                                          :
         - against -                      :   **ORDER**
                                          :
JOHN PIERRE DUPONT,                      :
                    Defendant.            :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 6, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 859 511 466#

Dated: June 28, 2023
      New York, NY

                                                     _Richard M. Berman_
                                                   **RICHARD M. BERMAN**
                                                          **U.S.D.J.**