UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,       :     19 CR. 444 (RMB)
                                           :
      - against -                       :     **ORDER**
                                           :
JOHN PIERRE DUPONT,                        :
                Defendant.        :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, August 24, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 859 644 892#

Dated: August 16, 2023
       New York, NY

                                        _____
                                         **RICHARD M. BERMAN**
                                                  U.S.D.J.