**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
                        Government,     :     19 CR. 444 (RMB)
                                                  :
       - against -                            :     **ORDER**
                                                  :
JOHN PIERRE DUPONT,                               :
                        Defendant.      :
------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, October 11, 2023 at 1:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 764 968 057#

Dated: October 4, 2023
       New York, NY

                                                      _____
                                                        **RICHARD M. BERMAN**
                                                                  U.S.D.J.