UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,   :   19 CR. 444 (RMB)
                                         :
      - against -                       :   **ORDER**
                                         :
JOHN PIERRE DUPONT,                      :
                Defendant.    :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 30, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 835 242 853#

Dated: November 22, 2023
       New York, NY

                                                                    _/s/ Richard M. Berman_____
                                                                    **RICHARD M. BERMAN**
                                                                          **U.S.D.J.**