UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                       :
                                                :
                    Government,        :        19 CR. 444 (RMB)
                                                :
        - against -                            :        **ORDER**
                                                :
JOHN PIERRE DUPONT,                             :
                    Defendant.         :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, January 11, 2024 at 12:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 756 779 585#

Dated: January 3, 2024
       New York, NY

                                                          *Richard M. Berman*
                                                    **RICHARD M. BERMAN**
                                                              **U.S.D.J.**