**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                         :
                                                  :
                              Government,         :          19 CR. 444 (RMB)
                                                  :
              - against -                         :          **ORDER**
                                                  :
JOHN PIERRE DUPONT,                               :
                                                  :
                              Defendant.          :
-------------------------------------------------------------x


      The supervised release hearing is scheduled for Thursday, April 25, 2024 at

12:00 P.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


      Dial-in Number: (646) 453-4442
      Conference ID: 868 591 331#


Dated: April 17, 2024
      New York, NY

                                   *Richard M. Berman*
                                  _____
                                  **RICHARD M. BERMAN**
                                     **U.S.D.J.**