# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 22, 2024

By ECF

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   United States v. John Dupont**
    **19 CR 444 (RMB)**

---

**[SO ORDERED stamp:]** Let's adjourn the April 25, 2024 conference to July 25, 2024 at 12:00 P.M.
SO ORDERED:
Date: 04/23/2024
Richard M. Berman, U.S.D.J.

---

Dear Judge Berman:

With the consent of the Government and Probation, I respectfully write to request cancellation of Thursday's April 25, 2024, status conference. As the Court is aware, Mr. Dupont's supervised release was transferred to the Central District of California on December 18, 2023. Mr. Dupont's case has been assigned to District Judge Jesus G. Bernal for all further proceedings. *See* Ex. A (Notice of Jurisdiction/Treaty Transfer-In).

At the last status conference before this Court, Your Honor requested an update on the status of Mr. Dupont's restitution obligations and payments. On April 17, 2024, the Government submitted a letter motion to the Court detailing the status of Mr. Dupont's restitution payments. Dkt. 108. As reflected in the Government's letter, Mr. Dupont has been compliant with his monthly restitution payments since August 2023. *Id*. Given the Government's update and Mr. Dupont's compliance with restitution, the parties believe that a status conference addressing restitution may no longer be necessary at this time. I have consulted with the Government and Probation, and they will alert the Court if there are issues of noncompliance with restitution in the future. Therefore, I request cancellation of the April 25 status conference or, as an alternative, a 90-day adjournment of the status conference.

Respectfully submitted,

\_\_\_\_/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc:   Alexander Rossmiller
    Assistant United States Attorney

    Frank Carvajal / Elizabeth Munoz
    USPO SDNY    USPO CD California