**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

                  :

              Government,    :        19 CR. 444 (RMB)

                  :

        - against -        :        **<u>ORDER</u>**

                  :

JOHN PIERRE DUPONT,      :

                  :

            Defendant.    :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for Thursday, July 25, 2024 at

12:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:


       Dial-in Number: (646) 453-4442
       Conference ID: 868 591 331#


Dated: July 17, 2024
       New York, NY

                               *Richard M. Berman*
                              **RICHARD M. BERMAN**
                                 **U.S.D.J.**